975 A.2d 380

IN THE MATTER OF THOMAS DESENO,
AN ATTORNEY AT LAW.

July 10, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–367, concluding that **THOMAS DeSENO** of **MANASQUAN,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.4(b) and (c) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **THOMAS DeSENO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.